UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 3:12-00215 |
| v. | ) |
| | ) Chief Judge Haynes |
| KENDRICK D. HUTTON | ) |

## UNITED STATES REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests the Court grant an extension of fourteen (14) days time in which to respond to the Defendant's Motion to Suppress. (D.E. 25). In support of this motion, the undersigned respectfully submits that it has been unable to respond to the defendant's motion due to a number of trials that have been scheduled before this Court in the past two weeks and also owing to an anticipated trial before this Court scheduled to begin on February 26, 2013, for which counsel will be serving as co-counsel. Presently, there is no suppression hearing scheduled before the Court.

Accordingly, for the reasons stated herein, the United States requests an additional fourteen (14) days time in which to respond to the issues raised by the defendant.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ Clay T. Lee
Clay T. Lee
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151