UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00215 |
| ) | CHIEF JUDGE HAYNES |
| KENDRICK HUTTON ) | |

## AGREED ORDER

Upon agreement of the parties, it is hereby ORDERED that the hearing on defendant's motion to reconsider detention order in this action is hereby set for **Monday, July 22, 2013**, at 2:00 p.m.

IT IS SO **ORDERED**.

ENTERED this 18th day of July, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge, United States District Court

Approved:

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

/s/ *Clay T. Lee w/permission*
CLAY T. LEE
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151
Attorney for the United States

/s/ *R. David Baker*
R. DAVID BAKER
Assistant Federal Public Defender
MARIAH A. WOOTEN
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203-3805
Telephone: (615) 736-5047
Attorneys for Kendrick Hutton