UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:12-00215 Chief Judge Haynes |
| KENDRICK HUTTON, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Kendrick Hutton's motion to suppress (Docket Entry No. 25) is **GRANTED**. Defendant's motion to reconsider Order of detention (Docket Entry No. 39) is **GRANTED**, but is **STAYED**. The Government has fourteen (14) days to file a statement as to whether it intends to appeal the Court's rulings and the reasons why Defendant should not be released on conditions given the suppression of evidence.

It is so **ORDERED**.

ENTERED this ___ day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court